ORIGINAL

FILED

04/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0600

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0600

DEBORAH L. HERRINGTON,

    Petitioner and Appellee,

v.

MICHAEL STEVEN ROGERS,

    Respondent and Appellant.

O R D E R

FILED

APR 0 7 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Michael Rogers appeals the Thirteenth Judicial District Court's order affirming the Yellowstone County Justice Court's April 1, 2019 order of protection against him in favor of Deborah Harrington, a cashier at the Walmart in Billings Heights. The order of protection expired April 1, 2020.

A matter is moot when a court's judgment will not effectively operate to grant relief. *Clark v. Roosevelt Cnty.*, 2007 MT 44, ¶ 11, 336 Mont. 118, 154 P.3d 48. "The fundamental question to be answered in any review of possible mootness is 'whether it is possible to grant some form of effective relief to the appellant.'" *Briese v. Mont. Pub. Employees' Ret. Bd.*, 2012 MT 192, ¶ 14, 366 Mont. 148, 285 P.3d 550 (quoting *Progressive Direct Ins. Co. v. Stuivenga*, 2012 MT 75, ¶ 37, 364 Mont. 390, 276 P.3d 867). Because the order of protection has expired by its own terms, it does not appear that the Court's consideration of the issues Rogers raises on appeal could lead to any form of effective relief.

IT IS THEREFORE ORDERED that this appeal is DISMISSED as moot.

The Clerk is directed to provide copies of this Order to all parties.

DATED this 7 day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices